UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEFNER GUTIERREZ FUNES,

Petitioner,

v.

DAVID A. MARIN et al,

Respondent.

Case No. 5:26-cv-01674-DOC-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition and **ENJOINING** Respondents as set forth in the Report and Recommendation.

Dated: June 12, 2026

*David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge