JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEFNER GUTIERREZ FUNES,<br><br>                              Petitioner,<br><br>                    v.<br><br>DAVID A. MARIN et al,<br><br>                              Respondent. | Case No. 5:26-cv-01674-DOC-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.

Dated: June 12, 2026

*David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge